UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT L. KORDAN

                Plaintiff,                           Case. No. 1:21-cv-11419
                                                              Honorable Thomas L. Ludington
v.                                                    Magistrate Judge Patricia T. Morris

BARBARA RIGG, *et al.*,

                Defendants.

_____/

**OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING THE COMPLAINT**

This matter is before the Court pursuant to Magistrate Judge Patricia T. Morris's Report and Recommendation. ECF No. 7. On June 7, 2021, Plaintiff Robert L. Kordan filed a pro se complaint naming various hospital and funeral home employees as Defendants. ECF No. 1. While the details of the Compliant are difficult to parse, Plaintiff seems to allege a vast conspiracy wherein Defendants "took [his ailing] wife, lied [and] said she died[,] gave [him] false documents[,] and committed several U.S. code violations in order to hide the truth." *See* ECF No. 1 at PageID.6. All pretrial matters were referred to Magistrate Judge Morris., ECF No. 4, Plaintiff was granted leave to proceed in forma pauperis, ECF No. 6.

On July 23, 2021, Magistrate Judge Morris issued a report recommending that the Complaint be dismissed sua sponte pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 7. Magistrate Judge Morris concluded that "none of th[e] statutes [cited by Plaintiff] provide this Court with jurisdiction" and, as a result, supplemental jurisdiction should not be exercised over Plaintiff's remaining state claims. *Id.* at PageID.34, 41.

Although the Report and Recommendation states that the parties could object to and seek review of the Recommendation within 14 days of service, no objections have been filed. The election not to file such objections releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The failure to file objections also waives any further right to appeal. *Id.*

Accordingly, it is **ORDERED** that Magistrate Judge Morris' Report and Recommendation, ECF No. 7, is **ADOPTED**.

It is further **ORDERED** that the Complaint, ECF No. 1, is **DISMISSED**.

Dated: August 13, 2021                                   s/Thomas L. Ludington
                                                         THOMAS L. LUDINGTON
                                                         United States District Judge